NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1542

LATREISHA DUNCAN

VERSUS

LLOYD MONETTE, ET AL.

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 208,895
HONORABLE B. DEXTER RYLAND, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Billy Howard Ezell, Judges.

AFFIRMED.

Ruby Norris Freeman
Attorney at Law
P. O. Box 566
Alexandria, LA 71309
(318) 445-3311
Counsel for Plaintiff/Appellant:
    Latreisha Duncan

Paul M. Lafleur
Hughes & Lafleur
P. O. Box 1831
Alexandria, LA 71309-1831
(318) 443-4090
Counsel for Defendant/Appellee:
    State Farm  Mutual Automobile Insurance Company
    Lloyd Monette